1  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
2  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
3  SEPIDEH HIRMAND, ESQ. SBN 274259
   sepideh@gaineslawfirm.com
4  EVAN S. GAINES, ESQ. SBN 287668
   evan@gaineslawfirm.com
5  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
6  Woodland Hills, California 91367
   Telephone:  (818) 703-8985
7  Facsimile:  (818) 703-8984

8  Attorneys for Plaintiff JOSE GONZALEZ, on behalf of
   himself and others similarly situated, and on behalf of the
9  general public

10 ALDEN J. PARKER, ESQ. SBN 196808
   MEAGAN D. CHRISTIANSEN, ESQ. SBN 240679
11 **WEINTRAUB TOBIN CHEDIAK COLEMAN
   GRODIN LAW CORPORATION**
12 400 Capitol Mall, 11th Floor
   Sacramento, California 95814
13 Telephone: (916) 558-6000
   Facsimile: (916) 446-1611
14

15 Attorneys for Defendants

16                     **UNITED STATES DISTRICT COURT**

17                     **EASTERN DISTRICT OF CALIFORNIAN**

18                              **FRESNO DIVISION**

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated, | **CASE NO.: 1:14-cv-00038-LJO-SAB** |
| Plaintiff, | **STIPULATION AND ORDER TO SUBSTITUTE IN HARRIS FARMS, INC. AS DOE 1 AND TO DISMISS DEFENDANTS HARRIS RANCH BEEF COMPANY AND HARRIS RANCH BEEF HOLDING COMPANY WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))** |
| v. | |
| HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING COMPANY, a California corporation; and DOES 1 through 10, inclusive. | |
| Defendants. | |

---

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE IN HARRIS FARMS, INC. AS DOE 1 AND TO DISMISS DEFENDANTS HARRIS RANCH BEEF COMPANY AND HARRIS RANCH BEEF HOLDING COMPANY WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))**

1  Plaintiff JOSE GONZALEZ and Defendants HARRIS RANCH BEEF COMPANY and
2  HARRIS RANCH BEEF HOLDING COMPANY, by and through their respective counsel, hereby
3  enter into the following stipulation and request the Court to enter an order in conformance
4  therewith.
5  WHEREAS, Defendants have represented to Plaintiff that the entity from which Plaintiff
6  and members of the proposed Class were issued allegedly defective credit and debit card receipts is
7  owned and operated by Harris Farms, Inc. and not Harris Ranch Beef Company or Harris Ranch
8  Beef Holding Company;
9  WHEREAS, Plaintiff seeks to amend his complaint to substitute a new party, Harris Farms,
10  Inc., as a defendant in place of the fictitiously named defendant DOE 1 named in Plaintiff's
11  Complaint; and
12  WHEREAS, Plaintiff also seeks to amend his complaint to dismiss Defendants Harris Ranch
13  Beef Company and Harris Ranch Beef Holding Company, without prejudice, as they are not the
14  proper parties to this Action;
15  NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:
16  1.  Harris Farms, Inc. shall be substituted in for the fictitiously-named defendant DOE 1
17  in Plaintiff's Complaint;
18  2.  Defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company
19  shall be dismissed from the Action without prejudice, with all parties to bear their own costs and
20  attorneys' fees with respect to the dismissal of these Defendants, only; and
21  3.  Defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company
22  shall not oppose any further amendments to add either party as a defendant should Plaintiff later
23  determine that Harris Ranch Beef Company or Harris Ranch Beef Holding Company are necessary
24  parties.
25  \\
26  \\
27  \\
28  \\

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE IN HARRIS FARMS, INC. AS DOE 1 AND TO DISMISS DEFENDANTS HARRIS RANCH BEEF COMPANY AND HARRIS RANCH BEEF HOLDING COMPANY WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))**

1 | **IT IS SO STIPULATED.**

**GAINES & GAINES, APLC**

Dated: February 11, 2014  /s/ Alex P. Katofsky
By: Alex P. Katofsky
Attorneys for Plaintiff


**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**

Dated: February 11, 2014  /s/ Alden J. Parker (As Authorized on 2/10/14)
By:  Alden J. Parker
Attorneys for Defendants

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE IN HARRIS FARMS, INC. AS DOE 1 AND TO DISMISS DEFENDANTS HARRIS RANCH BEEF COMPANY AND HARRIS RANCH BEEF HOLDING COMPANY WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))**

# ORDER

Based on the Stipulation of the Parties, it is **ORDERED** that:

1. Harris Farms, Inc. is substituted in for the fictitiously-named defendant DOE 1 in Plaintiff's Complaint;

2. Defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company are dismissed from the Action without prejudice, with all parties to bear their own costs and attorneys' fees with respect to the dismissal off these Defendants, only; and

3. Defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company shall not oppose any further amendments to add either party as a defendant should Plaintiff later determine that Harris Ranch Beef Company and Harris Ranch Beef Holding Company are necessary parties.

IT IS SO ORDERED.

Dated:   **February 11, 2014**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE IN HARRIS FARMS, INC. AS DOE 1 AND TO DISMISS DEFENDANTS HARRIS RANCH BEEF COMPANY AND HARRIS RANCH BEEF HOLDING COMPANY WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))**