Alden J. Parker, State Bar No. 196808
Meagan D. Christiansen, State Bar No. 240679
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant
HARRIS FARMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING COMPANY, a California corporation; HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive.<br><br>    Defendants. | Case No. 1:14-cv-00038-LJO-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT HARRIS FARMS, INC. TO FILE CROSS-COMPLAINT**<br><br><br><br><br><br><br><br>Complaint Filed: December 4, 2013 |

Defendant Harris Farms, Inc. and Plaintiff Jose Gonzalez, by and through their respective undersigned counsel, hereby enter into the following stipulation and request the Court to ender an order in conformance therewith.

WHEREAS, Plaintiff filed its Complaint against Harris Ranch Beef Company and Harris Ranch Beef Holding Company on December 4, 2013. Harris Ranch Beef Company and Harris Ranch Beef Holding Company filed its Answer on January 10, 2014;

WHEREAS, a Stipulation and Order to Substitute in Harris Farms, Inc. as Doe 1 and to Dismiss Defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company Without Prejudice was filed February 11, 2014;

WHEREAS, Harris Farms, Inc. believes Springer-Miller Systems, Inc. is an integral party to Plaintiff's Complaint and desires to file a Cross-Complaint for indemnity and contribution against Springer-Miller Systems, Inc.;

WHEREAS, this matter's first Scheduling Conference took place on March 25, 2014, and discovery has not yet begun;

WHEREAS, there is a liberal standard for granting leave to file cross-complaints, and to avoid the time, expense, and judicial resources that would be incurred in connection with a motion for leave to file Harris Farms, Inc.'s Cross-Complaint, Plaintiff and Harris Farms, Inc. are entering into this stipulation allowing Harris Farms, Inc. to file its proposed Cross-Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Harris Farms, Inc. may file the proposed Cross-Complaint attached hereto as <u>Exhibit A</u> without seeking leave to file via a formal, noticed motion to the Court;

2. Subject to and upon the Court's approval and entry of this Stipulation and Order, Harris Farms, Inc. shall file its Cross-Complaint against Springer-Miller Systems, Inc. within fifteen (15) days of the Court's entry; and

IT IS SO STIPULATED.

Dated: May 23, 2014         **weintraub tobin** chediak coleman grodin
                            LAW CORPORATION

                            /s/ Alden J. Parker
                            By:_____
                            Alden J. Parker

                            Attorneys for Defendant,
                            HARRIS FARMS, INC.

Dated: May 23, 2014          GAINES & GAINES, APLC

                                      */s/ Alex P. Katofsky*
                             By:_____
                                      Alex P. Katofsky

                             Attorneys for Plaintiff,
                             JOSE GONZALEZ

## ORDER

Based on the Stipulation of the Parties, it is ORDERED that Harris Farms, Inc. shall file its cross-complaint against Springer-Miller Systems, Inc. within fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                        _____
                                                 UNITED STATES MAGISTRATE JUDGE