COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
DAVID S. HOUSKA (295918)
(dhouska@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Cross-Defendant
PAR SPRINGER-MILLER SYSTEMS, INC.

WEINTRAUB TOBIN CHEDIAK COLEMAN
GRODIN, LAW CORPORATION
ALDEN J. PARKER (196808)
(aparker@weintraub.com)
MEAGAN D. CHRISTIANSEN (240679)
(mchristiansen@weintraub.com)

Attorneys for Cross-Plaintiff
HARRIS FARMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING COMPANY, a California corporation; HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive,<br><br>Defendants.<br><br>HARRIS FARMS, INC., a California corporation,<br><br>Cross-Complainant,<br><br>v. | Case No.  1:14-cv-00038-LIO-SAB<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Complaint Filed:        December 4, 2013<br>Cross-Complaint Filed:   June 2, 2014<br><br>Trial Date:              Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

109392130

STIP & ORDER TO CONTINUE THE HEARING AND
MODIFY BRIEFING SCHEDULE
1:14-CV-00038-LIO-SAB

SPRINGER-MILLER SYSTEMS, INC., a Vermont corporation and DOES 1-20, inclusive,

                Cross-Defendants.

Pursuant to Civil Local Rules 143 and 230, Cross-Plaintiff Harris Farms, Inc. ("Harris Farms") and Cross-Defendant PAR Springer-Miller Systems, Inc. ("PAR Springer-Miller") (Harris Farms and PAR Springer-Miller collectively "the Parties"), stipulate and agree as follows:

WHEREAS, Plaintiff Jose Gonzalez filed a putative class action lawsuit against Harris Farms on December 4, 2013;

WHEREAS, Harris Farms subsequently filed a cross-complaint against PAR Springer-Miller on June 2, 2014;

WHEREAS, PAR Springer-Miller filed its Motion to Dismiss the Cross Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on July 29, 2014;

WHERAS, PAR Springer-Miller initially scheduled a hearing on its Motion for August 28, 2014;

WHEREAS, Civil Local Rules 143 and 230 collectively allow the parties to jointly request the court to continue the hearing and modify the briefing schedule accordingly;

WHEREAS, counsel for the Parties agree that changing the date and briefing schedule for the hearing will be more convenient for the Parties;

NOW THEREFORE, the Parties agree and request that the hearing be continued until September 11 at 8:30 am, that Harris Farms' deadline to file its opposition to the Motion be set to August 21, and that PAR Springer-Miller's deadline to file its reply be set to September 4.

/ / /

/ / /

/ / /

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

109392130

1

STIP & [PROPOSED] ORDER TO CONTINUE THE HEARING AND MODIFY BRIEFING SCHEDULE
1:14-CV-00038-LIO-SAB

**IT IS SO STIPULATED:**

Dated: August 4, 2014              COOLEY LLP
                                   WHITTY SOMVICHIAN (194463)


                                   By:  _____/s/ Whitty Somvichian_____
                                              Whitty Somvichian (194463)

                                   Attorneys for Cross-Defendant
                                   PAR-SPRINGER-MILLER SYSTEMS, INC.


Dated: August 4, 2014              WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
                                   ALDEN J. PARKER (196808)
                                   MEAGAN D. CHRISTIANSEN (240679)


                                   By:/s/ Alden J. Parker (as authorized on 08/04/14)
                                              Alden J. Parker (196808)

                                   Attorneys for Cross-Complainant
                                   HARRIS FARMS, INC.


*Filer's Attestation: Pursuant to Local Rule 131(e), Whitty Somvichian hereby attests that Cross-Complainant's counsel have authorized submission of this document on counsel's behalf.*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

109392130

2

STIP & [PROPOSED] ORDER TO CONTINUE THE
HEARING AND MODIFY BRIEFING SCHEDULE
1:14-CV-00038-LIO-SAB

**IT IS SO ORDERED:**

The hearing on PAR Springer-Miller's Motion to Dismiss the Cross-Complaint be continued until September 11 at 8:30 am, that Harris Farms' deadline to file its opposition to the Motion be set at August 21, and that PAR Springer-Miller's deadline to file its reply be set to September 4.

**SO ORDERED**
**Dated: August 5, 2014**

                                                <u>/s/ Lawrence J. O'Neill</u>
                                                **United States District Judge**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

109392130

3

STIP & [PROPOSED] ORDER TO CONTINUE THE
HEARING AND MODIFY BRIEFING SCHEDULE
1:14-CV-00038-LIO-SAB