1 | **Wanger Jones Helsley PC**
Oliver W. Wanger, #40331
2 |   *owanger@wjhattorneys.com*
Jay A. Christofferson, #203878
3 |   *jchristofferson@wjhattorneys.com*
265 E. River Park Circle, Suite 310
4 | Fresno, California 93720
Telephone:    (559) 233-4800
5 | Facsimile:    (559) 233-9330

6 | Attorneys for HARRIS RANCH BEEF
COMMPANY, HARRIS RANCH BEEF
7 | HOLDING COMPANY and HARRIS FARMS,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING CMPANY, a California corporation; HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00038-LJO-SAB<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Judge:  Hon. Lawrence J. O'Neill<br>Date:   October 6, 2014<br>Time:   8:30 a.m.<br>Crtrm.:  4<br><br>Complaint Filed:       December 4, 2013<br>Cross-Complaint Filed: June 2, 2014<br><br>Trial Date:            TBD |
| HARRIS FARMS, INC., a California corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>SPRINGER-MILLER SYSTEMS,INC., a Vermont corporation and DOES 1-20, inclusive,<br><br>Cross-Defendants. | |

1    Pursuant to Civil Local Rules 143 and 230, Defendant and Cross-Claimant, Harris Farms, Inc.
2  ("Harris Farms") and Cross-Defendant, PAR Springer-Miller Systems, Inc. ("PAR Springer-Miller")
3  (Harris Farms and PAR Springer-Miller collectively "the Parties"), stipulate and agree as follows:
4    WHERAS, Plaintiff Jose Gonzalez filed a putative class action lawsuit against Harris Farms on
5  December 4, 2013;
6    WHEREAS, Harris Farms subsequently filed a cross-complaint against PAR Springer-Miller
7  on June 2, 20014;
8    WHEREAS, PAR Springer-Miller filed its Motion to Dismiss the Cross-Complaint pursuant to
9  Federal Rule of Civil Procedure 12(b)(6) on July 29, 29, 2014;
10   WHEREAS, par Springer-Miller initially scheduled a hearing on its Motion for August 28,
11 2014;
12   WHEREAS, Civil Local Rules 143 and 230 collectively allow the parties to jointly request the
13 Court to continue the hearing and modify the briefing schedule accordingly;
14   WHEREAS, counsel for the Parties stipulated to continue the Motion to Dismiss hearing once
15 before on August 4, 2014 to September 11, 2014;
16   WHEREAS, counsel for Harris Farms recently substituted into this action, replacing prior
17 counsel, Weintraub Tobin Chediak Coleman Grodin;
18   WHEREAS, counsel for the Parties agree that changing the date and briefing schedule for the
19 hearing will be more convenient for the Parties and will give new counsel for Harris Ranch an
20 opportunity to prepare the necessary opposition;
21   NOW THEREFORE, the Parties agree and request that the hearing be continued until October
22 6, 2014, at 8:30 a.m., that Harris Farms' deadline to file its opposition to the Motion be set to
23 September 15, 2014, and that PAR Springer-Miller's deadline to file its reply be set to September 29,
24 2014.
25 ///
26 ///
27 ///
28

{7220/006/00488827.DOCX}
PROOF OF SERVICE

**IT IS SO STIPULATED**:

Dated: August 19, 2014                    WANGER JONES HELSLEY PC


By: */s/* Jay A. Christofferson
    Oliver W. Wanger
    Jay A. Christofferson
    Attorneys for HARRIS RANCH BEEF
    COMMPANY, HARRIS RANCH BEEF
    HOLDING COMPANY and HARRIS FARMS,
    INC.

Dated: August 19, 2014                    COOLEY LLP


By: */s/* David Houska
    Whitty Somvichian
    David Houska
    Attorneys for PAR-SPRINGER-MILLER
    SYSTEMS, INC.

### **ORDER**

**IT IS SO ORDERED:**

As Harris Ranch has recently substituted its counsel, the hearing on PAR Springer-Miller's Motion to Dismiss the Cross-Complaint be continued until October 6, 2014, at 8:30 a.m., that Harris Farms' deadline to file its opposition to the Motion be set at September 15, 2014, and that PAR Springer-Miller's deadline to file its reply be set to September 29, 2014.

**Dated: August 19, 2014**

          **/s/ Lawrence J. O'Neill**
          **United States District Judge**