COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
DAVID S. HOUSKA (295918)
(dhouska@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Third-Party Defendant
PAR SPRINGER-MILLER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING COMPANY, a California corporation; HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No.  1:14-cv-00038-LIO-SAB<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT PAR SPRINGER-MILLER'S REQUEST FOR EXTENSION OF PAGE LIMITS**<br><br>Complaint Filed:         December 4, 2013<br>Cross-Complaint Filed:   June 2, 2014 |
| HARRIS FARMS, INC., a California corporation,<br><br>Third-Party Complainant,<br><br>v.<br><br>SPRINGER-MILLER SYSTEMS, INC., a Vermont corporation and DOES 1-20, inclusive,<br><br>Third-Party Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

110805444 v1

ORDER GRANTING THIRD-PARTY DEF'S REQ.
FOR EXTENSION OF PAGE LIMITS
1:14-CV-00038-LIO-SAB

**This Matter**, having come before the Court on the Objection of Harris Ranch, filed October 2, 2014, and Third-Party Defendant PAR Springer-Miller Systems, Inc.'s Request For Extension of Page Limits, filed October 3, 2014, and the Court having considered all papers and pleadings submitted by the parties:

IT IS HEREBY ORDERED that:

Third-Party Defendant PAR Springer-Miller Systems, Inc.'s Request For Extension of Page Limits is GRANTED.  The page limit for PAR Springer-Miller's Reply brief in the action above will be extended to 11 pages.  The Court will consider the brief as it was originally filed.

IT IS SO ORDERED.

Dated:  **October 6, 2014**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE