**WANGER JONES HELSLEY PC**
Oliver W. Wanger #40331
 *owanger@wjhattorneys.com*
Jay A. Christofferson #203878
 *jchristofferson@wjhattorneys.com*
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:    (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Defendants HARRIS RANCH BEEF COMPANY, HARRIS RANCH BEEF HOLDING COMPANY and HARRIS FARMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>HARRIS RANCH BEEF COMPANY, a California corporation; HARRIS RANCH BEEF HOLDING COMPANY, a California corporation; HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive,<br><br>    Defendants. | Case No. 1:14-cv-00038-LJO-SAB<br><br>**STIPULATION AND ORDER FOR AMENDED CAPTION TO CONFORM WITH COURT'S PRIOR ORDER OF DISMISSAL** |

   Plaintiff Jose Gonzalez and Defendant Harris Farms, Inc., hereby submit the proposed stipulation to amend the caption to conform to prior dismissals of named defendants.

   Whereas Plaintiff named as the only defendants Harris Ranch Beef Company and Harris Ranch Beef Holding Company in its original complaint;

   Whereas Plaintiff agreed to dismiss Harris Ranch Beef Company and Harris Ranch Beef Holding Company as improperly named parties to the complaint;

Whereas Harris Ranch Beef Company and Harris Ranch Beef Holding Company were dismissed without prejudice from the action on February 11, 2014;

Whereas Plaintiff agreed to proceed solely against Harris Farms, Inc., in this action;

Whereas Plaintiff and Defendant Harris Farms have reached a tentative settlement of the matter;

Plaintiff and Defendant respectfully request the case be re-captioned to conform with the present state of the pleadings and avoid ambiguity in the settlement documents.  The proposed stipulated amended caption to conform with prior dismissals is included herewith as Exhibit "A".

IT IS SO STIPULATED.

Dated:  December 2, 2014.                                GAINES AND GAINES, APLC

                                                        By:      */s/* Alex Katofsky
                                                              Daniel F. Gaines
                                                              Alex P. Katofsky
                                                        Attorneys for Plaintiff JOSE GONZALEZ

Dated:  December 2, 2014.                                WANGER JONES HELSLEY PC

                                                        By:      */s/* Jay A. Christofferson
                                                              Oliver W. Wanger
                                                              Jay A. Christofferson
                                                        Attorneys for Defendants HARRIS RANCH BEEF
                                                        COMPANY, HARRIS RANCH BEEF HOLDING
                                                          COMPANY and HARRIS FARMS, INC.

## ORDER

The Clerk of Court is directed to amend the caption to indicate the Plaintiff is "Jose Gonzalez, on behalf of himself and all others similarly situated," and the Defendant is "Harris Farms, Inc."

**SO ORDERED**
**Dated: December 2, 2014**

                                                              **/s/ Lawrence J. O'Neill**
                                                              **United States District Judge**