# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al., | Case No. 1:14-cv-00038-LJO-SAB |
| Plaintiffs, | ORDER |
| v. | |
| HARRIS RANCH BEEF COMPANY, et al., | |
| Defendants. | |

On December 16, 2014, pursuant to the Court's Scheduling Conference, the parties informed the Court that they would be filing a motion for preliminary approval of settlement in this class action. Accordingly, the Court sets the following briefing and hearing scheduling on the motion.

IT IS HEREBY ORDERED that the parties shall file their motion for preliminary approval of class action settlement on or before January 14, 2015. The matter will be heard on January 28, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **December 16, 2014**

UNITED STATES MAGISTRATE JUDGE

1