DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
SEPIDEH HIRMAND, ESQ. SBN 274259
sepideh@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff JOSE GONZALEZ, on behalf of himself and others similarly situated, and on behalf of the general public

OLIVER W. WANGER, ESQ. SBN 40331
owanger@wjhattorneys.com
JAY A. CHRISTOFFERSON, ESQ. SBN 203878
jchristofferson@wjhattorneys.com
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendant HARRIS FARMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS FARMS, INC.<br><br>Defendants. | CASE NO.: 1:14-cv-00038-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE THE FILING DEADLINE FOR AND HEARING DATE OF THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREFORE, Plaintiff Jose Gonzalez ("Plaintiff") and Defendant Harris Farms, Inc. ("Defendant") (together as the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have settled the class action portion of the suit, but not the third party complaint, subject to the Court's approval of the class action settlement;

WHEREAS, following the Parties' appearances at the status / scheduling conference held on December 16, 2014, wherein the Parties informed the Court of the proposed settlement, the Court set a deadline for the motion for preliminary approval of class action settlement to be filed on January 14, 2015 and set a hearing date for January 28, 2015 at 10:00 before Magistrate Judge Stanley A. Boone (Docket No. 52);

WHEREAS, due to a calendaring conflict, the Parties would like to request a brief continuance of the deadline for the motion for preliminary approval of class action settlement to be filed from January 14, 2015 to February 11, 2015; and a continuance of the hearing on the motion for preliminary approval of class action settlement from January 28, 2015 to February 25, 2015 at 10:00 a.m.;

WHEREAS, specifically, Plaintiff's counsel has to personally appear on January 28, 2015 at 11:00 a.m. in the Los Angeles Superior Court, Central Civil West Courthouse, for a final approval hearing in another matter.  Due to the vacation schedules of the other attorneys in Plaintiff's counsel's firm, there are no other attorneys that can appear at the previously scheduled hearing on preliminary approval in this matter;

WHEREAS, on January 8, 2015 and January 9, 2015, counsel for the Parties met and conferred and agreed to stipulate to continue the hearing date for the motion for preliminary approval of class action settlement;

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED as follows:

1. The deadline for the filing the motion for preliminary approval of class action settlement shall be continued from January 14, 2015 to February 11, 2015; and
2. The hearing on the motion for preliminary approval of class action settlement shall be continued from January 28, 2015 to February 25, 2015 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: January 13, 2015          GAINES & GAINES, APLC


                                 By: */s/ Alex P. Katofsky*
                                     ALEX P. KATOFSKY
                                     Attorneys for Plaintiff


Dated: January 13, 2015          WANGER JONES HELSLEY PC


                                 By: */s/ Jay A. Christofferson (as authorized on 1/12/15)*
                                     JAY A. CHRISTOFFERSON
                                     Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

The Parties' stipulations as set forth above are accepted and approved by the Court:

1. The deadline for the filing of the motion for preliminary approval of class action settlement shall be continued from January 14, 2015 to February 11, 2015; and

2. The hearing on the motion for preliminary approval of class action settlement shall be continued from January 28, 2015 to February 25, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 13, 2015**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE