# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> HARRIS RANCH BEEF COMPANY, et al., <br><br> Defendants. | Case No. 1:14-cv-00038-LJO-SAB <br><br> ORDER GRANTING STIPULATION TO STAY PROCEEDINGS RELATED TO THIRD PARTY COMPLAINT <br><br> ECF NO. 59 |

On January 22, 2015, Third Party Complainant Harris Farms, Inc. and Third Party Defendant Springer-Miller Systems, Inc. filed a stipulation to stay all proceedings with respect to the claims asserted in Harris Farms, Inc.'s Third Party Complaint. (ECF No. 59.) Harris Farms, Inc. and Springer-Miller Systems, Inc. inform the Court that a settlement has been reached with respect to the claims in the Third Party Complaint.

Accordingly, it is HEREBY ORDERED that all pending dates and deadlines related to the claims in the Third Party Complaint are vacated and all proceedings related to the claims in the Third Party Complaint are STAYED. On or before **March 2, 2015**, Harris Farms, Inc. and Springer-Miller Systems, Inc. shall file dispositive documents with respect to the claims in the Third Party Complaint or file a status report regarding the proposed settlement. This stay shall

/ / /

/ / /

1

1  not affect the proceedings in the underlying action between Plaintiff Jose Gonzalez and Harris
2  Farms, Inc.

3
4  IT IS SO ORDERED.

5  Dated:  **January 26, 2015**

   UNITED STATES MAGISTRATE JUDGE