# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al., | Case No. 1:14-cv-00038-LJO-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ECF NO. 58, 61 |
| HARRIS RANCH BEEF COMPANY, et al., | |
| Defendants. | |

On February 23, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiffs' motion for preliminary approval of class action settlement be granted. (ECF No. 61.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The February 23, 2015 Findings and Recommendations are ADOPTED IN FULL (ECF No. 61);

///

1

2. Plaintiffs' motion for preliminary approval of class action settlement is GRANTED (ECF No. 58);

3. A Final Approval Hearing is set for July 22, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

4. On or before July 8, 2015, Plaintiffs shall file a motion for final approval of class action settlement.

IT IS SO ORDERED.

Dated: __**March 25, 2015**__            __/s/ Lawrence J. O'Neill__
                                         UNITED STATES DISTRICT JUDGE