**WANGER JONES HELSLEY PC**
Oliver W. Wanger #40331
  *owanger@wjhattorneys.com*
Jay A. Christofferson #203878
  *jchristofferson@wjhattorneys.com*
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone:    (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Defendant HARRIS FARMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive,<br><br>  Defendants. | Case No. 1:14-cv-00038-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE THE FILING DEADLINE FOR AND HEARING DATE OF THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREFORE, Plaintiff Jose Gonzalez ("Plaintiff") and Defendant Harris Farms, Inc. ("Defendant") (together as the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have settled the class action portion of the suit, but not the third party complaint, subject to the Court's approval of the class action settlement;

WHEREAS, the Court tentatively approved the Settlement Agreement and set a deadline for the Motion for Final Settlement Approval scheduled for July 22, 2015, at 10:00 a.m. before Magistrate Judge Stanley A. Boone;

WHEREAS, due to the need to satisfy all Class Action Fairness Act ("CAFA") notice requirements pursuant to 28 U.S.C. §§ 1711-1715, the parties would like to request a brief continuance of the deadline for the Motion for Final Approval of Class Action Settlement to be filed from July 8, 2015 to August 5, 2015; and a continuance of the hearing on the Motion for Final Approval of Class Action Settlement from July 22, 2015 to August 19, 2015, at 10:00 a.m.;

WHEREAS, Defendant's counsel had a delay in providing the CAFA notice and thus the parties need to continue the hearing for final settlement approval;

WHEREAS, counsel for the parties met and conferred and agreed to continue the hearing date on the Motion for Final Approval of Class Action Settlement to allow for the required notice under CAFA.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED as follows:

1. The deadline for filing the Motion for Final Approval of Class Action Settlement shall be continued from July 8, 2015 to August 5, 2015; and

2. The hearing on the Motion for Final Approval of Class Action Settlement shall be continued from July 22, 2015 to August 19, 2015, at 10:00 a.m.

**IT IS SO STIPULATED.**
DATED: May 12, 2015.                    WANGER JONES HELSLEY PC


                                        By: */s/* Jay A. Christofferson _____
                                            Oliver W. Wanger
                                            Jay A. Christofferson
                                            Attorneys for Defendant HARRIS FARMS, INC.

DATED:  May 12, 2015.                    GAINES AND GAINES, APLC


By:*/s/* Daniel F. Gaines _____
       Daniel F. Gaines
    Attorneys for Plaintiff JOSE GONZALEZ


### **ORDER**

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

The Parties' stipulations as set forth above are accepted and approved by the Court:

1.     The deadline for the filing of the Motion for Final Approval of Class Action Settlement shall be continued from July 8, 2015 to August 5, 2015; and

2.     The hearing on the Motion for Preliminary Approval of Class Action Settlement shall be continued from July 22, 2015 to August 19, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **May 12, 2015**                          _____
                                           UNITED STATES MAGISTRATE JUDGE

{7220/006/00550018.DOCX}

STIPULATION AND ORDER TO CONTINUE THE FILING DEADLINE FOR
AND HEARING DATE OF THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT