**WANGER JONES HELSLEY PC**
Oliver W. Wanger #40331
  *owanger@wjhattorneys.com*
Jay A. Christofferson #203878
  *jchristofferson@wjhattorneys.com*
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone:    (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Defendant HARRIS FARMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS FARMS, INC., a California corporation; and DOES 2 through 10, inclusive, <br><br> Defendant. | Case No. 1:14-cv-00038-LJO-SAB <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** <br><br> Complaint Filed:  December 4, 2013 <br> Third-Party Complaint:  June 2, 2014 |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel, that the above-entitled action be dismissed **WITH PREJUDICE** as to Defendant, HARRIS FARMS, INC. pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED**:

Dated:  November 5, 2015.                                       WANGER JONES HELSLEY PC

                                                                                By: */s/* Jay A. Christofferson
                                                                                        Oliver W. Wanger
                                                                                        Jay A. Christofferson
                                                                                Attorneys for Defendant HARRIS FARMS, INC.

Dated:  November 5, 2015.                                       GAINES & GAINES

                                                                                By: */s/* Alex P. Katofsky
                                                                                        Daniel F. Gaines
                                                                                        Alex P. Katofsky
                                                                                Attorneys for Plaitniff JOSE GONZALEZ

**ORDER**

Based upon this Stipulation, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to Defendant, HARRIS FARMS, INC.  All parties are to bear their own fees and costs.

IT IS SO ORDERED.

   Dated:   **November 5, 2015**              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE