# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al., | Case No. 1:14-cv-00038-LJO-SAB |
| Plaintiffs, | ORDER DISMISSING THIRD PARTY COMPLAINT WITH PREJUDICE |
| v. | (ECF No. 78) |
| HARRIS RANCH BEEF COMPANY, et al., | |
| Defendants. | |

On November 10, 2015, the parties filed a stipulation to dismiss third-party complainant Harris Farms complaint against PAR Springer-Miller Systems, Inc.

Accordingly, pursuant to the stipulation of the parties, the third-party complaint is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **November 13, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1